UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL RAMSAROOP,

                              Plaintiff,

         -against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK; PRINCIPAL SHIRLEY MILLER; and
THE UNITED FEDERATION OF TEACHERS,

                            Defendants.

------------------------------------------------------------------------ X

**NOTICE OF SUBSTITUTION OF COUNSEL**

20-CV-04947 (ER)

       **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of MORGAN WEBBER-OTTEY as counsel of record on behalf of the Corporation Counsel of the City of New York, James E. Johnson, attorney for Defendant Department of Education of the City of New York ("DOE"):

> **ALISON S. MITCHELL**
> *Senior Counsel*
> New York City Law Department
> 100 Church Street
> New York, NY 10007
> (212) 356-3514
> amitchel@law.nyc.gov

       From this date forward, please serve all pleadings on the attorney for Defendant Department of Education of the City of New York ("DOE") at the address set forth above, and please terminate MORGAN WEBBER-OTTEY from the docket sheet as counsel of record and replace them with ALISON S. MITCHELL.

- 2 -

Dated:      New York, New York
               November 16, 2020

                                       **JAMES E. JOHNSON**
                                       Corporation Counsel of the City of New York
                                       Attorney for City Defendants
                                       100 Church Street, Room 2-109(f)
                                       New York, New York 10007
                                       (212) 356-3514
                                       amitchel@law.nyc.gov

By:    /s/ Alison S. Mitchell
                                       Alison S. Mitchell
                                       Senior Counsel

TO:      Michael Ramsaroop (via ECF)
             Plaintiff *Pro Se*
             111-12 103rd Avenue
             South Richmond Hill, NY 11419
             Tel: 718-340-8401
             michrmsr@earthlink.net