UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Ramsaroop,

    Plaintiff,

-against-

New York City Board of Education, et al.,

    Defendants.

20-cv-4947 (ER)

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT UNITED FEDERATION OF TEACHERS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) it is hereby stipulated and agreed by and between Plaintiff Michael Ramsaroop and Defendant United Federation of Teachers that this action be and is hereby dismissed with prejudice, waiving all rights of appeal, and without any costs, fees, or disbursements assessed against either party.

_____
Michael Ramsaroop, Plaintiff *Pro Se*
michrmsr@earthlink.com

Dated: February 17, 2021

ROBERT T. REILLY

By: _____
Ariana A. Donnellan
Of Counsel
52 Broadway, 9th Floor
New York, NY 10004
Mobile: (917) 974-7418
ariana.donnellan@nysut.org

*Attorneys for Defendant United Federation of Teachers*

Dated: February 12, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Ramsaroop,

    Plaintiff,

-against-

New York City Board of Education, et al.,

    Defendants.

20-cv-4947 (ER)

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT UNITED FEDERATION OF TEACHERS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) it is hereby stipulated and agreed by and between Plaintiff Michael Ramsaroop and Defendant United Federation of Teachers that this action be and is hereby dismissed with prejudice, waiving all rights of appeal, and without any costs, fees, or disbursements assessed against either party.

_____
Michael Ramsaroop, Plaintiff *Pro Se*
michrmsr@earthlink.com

Dated: February 17, 2021

ROBERT T. REILLY

By: _____
Ariana A. Donnellan
Of Counsel
52 Broadway, 9th Floor
New York, NY 10004
Mobile: (917) 974-7418
ariana.donnellan@nysut.org

*Attorneys for Defendant United Federation of Teachers*

Dated: February 12, 2021