UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Michael Ramsaroop,

        Plaintiff,

    -against-

New York City Board of Education, et al.,

        Defendants.

20-cv-4947 (ER)

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO
DEFENDANT UNITED FEDERATION
OF TEACHERS**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) it is hereby stipulated and agreed by and between Plaintiff Michael Ramsaroop and Defendant United Federation of Teachers that this action be and is hereby dismissed with prejudice, waiving all rights of appeal, and without any costs, fees, or disbursements assessed against either party.

ROBERT T. REILLY

_Michael Ramsaroop_
Michael Ramsaroop, Plaintiff *Pro Se*
michrmsr@earthlink.com


Dated: February 17 2021

By: _Ariana A. Donnellan_
    Ariana A. Donnellan
    Of Counsel
    52 Broadway, 9th Floor
    New York, NY 10004
    Mobile: (917) 974-7418
    ariana.donnellan@nysut.org

*Attorneys for Defendant United Federation
of Teachers*

Dated: February 12, 2021

SO ORDERED.

_Edgardo Ramos signature_
Edgardo Ramos, U.S.D.J
Dated: 2/18/2021
New York, New York