**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL RAMSAROOP,

                                Plaintiff,

        – *against* –

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,
PRINCIPAL SHIRLEY MILLER, and
THE UNITED FEDERATION OF
TEACHERS,

                                Defendants.

**ORDER**

20 Civ. 4947 (ER)

RAMOS, D.J.:

        Plaintiff filed this suit on June 23, 2020.  Docs. 1 and 2.  On July 13, 2020, the parties

were referred to mediation.  Doc. 7.  A mediation conference was held on February 11, 2021 but

was unsuccessful.  Accordingly, the Court directs the parties to submit a joint status letter by

March 25, 2021.

SO ORDERED.

Dated:    March 18, 2021
          New York, New York

                                        _____
                                        EDGARDO RAMOS, U.S.D.J.