UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RAMSAROOP,

                                    Plaintiff,

            -against-                                    Civil Action No. 20-CV-04947 (ER)

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK; PRINCIPAL
SHIRLEY MILLER; and THE UNITED
FEDERATION OF TEACHERS,

                                    Defendants.

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Civil Rule 1.4, Morgan Webber-Ottey respectfully moves this Court

for an Order granting leave to withdraw as counsel of record for Defendants, the Department of

Education and Principal Shirley Miller (the "City Defendants"), in the above-captioned case.

Local Civil Rule 1.4 provides that:

> An attorney who has appeared as attorney of record for a party may be relieved or
> displaced only by order of the Court and may not withdraw from a case without
> leave of the Court granted by order. Such an order may be granted only upon a
> showing by affidavit or otherwise of satisfactory reasons for withdrawal or
> displacement . . . .

Ms. Webber-Ottey's withdrawal as counsel of record will not unduly prejudice the City

Defendants or cause any delay in these proceedings as Alison S. Mitchell, on behalf of the

Corporation Counsel of the City of New York, James E. Johnson, will continue to represent the

City Defendants.  Ms. Webber-Ottey is no longer associated with the Office of the Corporation

Counsel.

For the foregoing reasons, Ms. Webber-Ottey respectfully requests that the Court grant

this motion to withdraw as counsel for the City Defendants in this matter.

Dated: March 26, 2021
      New York, New York

                              */s/ Morgan Webber-Ottey*
                              Morgan Webber-Ottey
                              Kasowitz Benson Torres LLP
                              1633 Broadway
                              New York, NY 10019
                              Tel.  (212) 506-1962
                              Fax. (212) 835-5061
                              MWebberOttey@kasowitz.com