UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RAMSAROOP,<br><br>                                 Plaintiff,<br><br>-against-<br><br>THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK; PRINCIPAL SHIRLEY MILLER; and THE UNITED FEDERATION OF TEACHERS,<br><br>                               Defendants. | Civil Action No. 20-CV-04947 (ER) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, the Motion to Withdraw as Counsel (ECF Dkt. No. 34) was filed with the Clerk of the Court using the CM/ECF system and served upon all counsel of record through the CM/ECF system.

Dated: March 26, 2021
       New York, New York

                                                */s/ Morgan Webber-Ottey*
                                                Morgan Webber-Ottey
                                                Kasowitz Benson Torres LLP
                                                1633 Broadway
                                                New York, NY 10019
                                                Tel. (212) 506-1962
                                                Fax. (212) 835-5061
                                                MWebberOttey@kasowitz.com