**MEMO ENDORSED**



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren A. Rosenfeld**<br>(212) 356-3574<br>lrosenfe@law.nyc.gov |

April 15, 2022

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The extensions are granted.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: April 15, 2022
> New York, New York

            Re:    Ramsaroop v. The Department of Education of The City of New York et al.
                  20-cv-04947 (ER)

Dear Judge Ramos:

      I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent the Defendants, The Department of Education of The City of New York and Shirley Miller in the above-referenced matter. I write to request respectfully an extension of time for the following submissions: Defendants' motion to dismiss the second amended complaint, from April 20, 2022 to May 6, 2022; Plaintiff's opposition, from May 18, 2022 to June 3, 2022; and Defendants' reply from June 1, 2022 to June 17, 2022. This is Defendants' first request for an extension of their time to file a motion to dismiss the second amended complaint. The Court had set the schedule in response to defendants' pre-motion conference request.  This extension is requested in order for defendants to both finalize their moving papers and to avoid a conflict that the prior schedule created with the undersigned's pre-planned vacation. Plaintiff consents to this request.

      Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        /s/  *Lauren A. Rosenfeld*
                                          Lauren A. Rosenfeld
                                          Assistant Corporation Counsel

CC: Michael Ramsaroop (Via Email and First Class Mail)