

**MEMO ENDORSED**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren A. Rosenfeld**
(212) 356-3574
lrosenfe@law.nyc.gov

May 3, 2022

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The extensions are granted. The new briefing schedule is as follows: motion due May 13, 2022, response due June 10, 2022, and reply due June 24, 2022. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: May 4, 2022
> New York, New York

Re: Ramsaroop v. The Department of Education of The City of New York et al.
20-cv-04947 (ER)

Dear Judge Ramos:

    I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent the Defendants, the Department of Education of The City of New York and Shirley Miller, in the above-referenced matter. I write to request respectfully an extension of time for the following submissions: Defendants' motion to dismiss the second amended complaint, from May 6, 2022 to May 13, 2022; Plaintiff's opposition, from June 3, 2022 to June 10, 2022; and Defendants' reply from June 17, 2022 to June 24, 2022. This is Defendants' second request for an extension of their time to file a motion to dismiss the second amended complaint, the first request was granted. This extension is requested in order for defendants to finalize their moving papers. Plaintiff consents to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Lauren A. Rosenfeld*
Lauren A. Rosenfeld
Assistant Corporation Counsel

CC: Michael Ramsaroop (Via Email and First Class Mail)