**MEMO ENDORSED**



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren A. Rosenfeld**<br>(212) 356-3574<br>lrosenfe@law.nyc.gov |

May 12, 2022

> The extensions are granted.  The motion is due May 19, 2022, the response is due June 16, 2022, and the reply is due June 30, 2022. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: May 12, 2022
> New York, New York

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Ramsaroop v. The Department of Education of The City of New York et al.
20-cv-04947 (ER)

Dear Judge Ramos:

    I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent the Defendants, the Department of Education of The City of New York and Shirley Miller, in the above-referenced matter. Defendants apologize for the lateness of this request, but write to request respectfully an extension of time for the following submissions: Defendants' motion to dismiss the second amended complaint, from May 13, 2022 to May 19, 2022; Plaintiff's opposition, from June 10, 2022 to June 16, 2022; and Defendants' reply from June 24, 2022 to June 30, 2022. This is Defendants' third request for an extension of their time to file a motion to dismiss the second amended complaint, the first and second requests were granted. This extension is requested because I have been ill and missed time from work in the past two weeks. Plaintiff consents to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Lauren A. Rosenfeld*
Lauren A. Rosenfeld
Assistant Corporation Counsel

CC: Michael Ramsaroop (Via Email and First Class Mail)