UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

MICHAEL RAMSAROOP,

                              Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------------------------ x

20-CV-04947 (ER)

**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

       **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Second Amended Complaint, dated May 18, 2022, and upon all the papers and proceedings previously had herein, Defendant, the Department of Education of the City of New York ("Defendant") will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, before the Honorable Edgardo Ramos, United States District Judge, at a date and time to be set by the Court, for a judgment, pursuant to Federal Civil Procedure Rule 12(b)(6), dismissing the Second Amended Complaint against Defendant and granting Defendant such other and further relief that this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE that,** pursuant to the May 12, 2022 Order of Judge

Ramos, opposing papers, if any, must be filed and served on or before June 16, 2022, and reply papers, if any, must be served on or before June 30, 2022.

Date:   New York, New York
        May 18, 2022

        **HON. SYLVIA O. HINDS-RADIX**
        Corporation Counsel of the City of New York
        Attorney for Defendants
        100 Church Street, Room 2-122
        New York, New York 10007
        (212) 356-3574
        lrosenfe@law.nyc.gov

        By:   /s/ *Lauren A. Rosenfeld*
                Lauren A. Rosenfeld
                Assistant Corporation Counsel