**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL RAMSAROOP,

                Plaintiff,

-against-                             20 **CIVIL** 4947 (ER)

                                          **<u>JUDGMENT</u>**

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 2, 2023, the DOE's motion to dismiss with prejudice is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     January 3, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                        **Clerk of Court**

                              **BY:**    *K. Mango*

                                                        _____
                                                        **Deputy Clerk**